1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   HUGO A. GONZALEZ,              )    No. CV11-9467-CW
                                    )
13             Petitioner,          )    JUDGMENT
                                    )
14        v.                        )
                                    )
15   SUSAN L. HUBBARD (Warden),     )
                                    )
16             Respondent.          )
17   _____)
18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is
19   dismissed, with prejudice, as untimely.
20
21   DATED: March 15, 2012
22                                   _____
23                                        CARLA M. WOEHRLE
                                    United States Magistrate Judge
24
25
26
27
28