**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUGO A. GONZALEZ,                    )      No. CV11-9467-CW
                                     )
              Petitioner,            )      JUDGMENT
                                     )
     v.                              )
                                     )
SUSAN L. HUBBARD (Warden),           )
                                     )
              Respondent.            )
_____)

  **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: March 15, 2012

_____
          CARLA M. WOEHRLE
United States Magistrate Judge